378 A.2d 1232

**BOROUGH OF WHITE OAK, Appellant,**

v.

**DEPARTMENT OF TRANSPORTATION, Commonwealth of Pennsylvania, Appellee.**

Supreme Court of Pennsylvania.

Argued Oct. 17, 1977.

Decided Nov. 4, 1977.

Eddy, Osterman & Lloyd, Edward J. Osterman, Pittsburgh, for appellant.

Stuart J. Moskovitz, Asst. Atty. Gen., Harrisburg, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and PACKEL, JJ.

OPINION

PER CURIAM:

Order affirmed.